IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICK HOPKINS,

    Plaintiff,

v.

GNC FRANCHISING, INC.,

    Defendant.

05cv1510
**ELECTRONICALLY FILED**
Judge Schwab
Magistrate Judge Caiazza
In Re: Doc. 2

## MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on October 28, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on November 17, 2005, recommended that the Plaintiff's Motion for Temporary Restraining Order (Doc. 2) now treated as a Motion for Preliminary Injunctive Relief, be denied. The parties were allowed ten days from the date of service to file objections. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this **9th** day of **December, 2005,**

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order (Doc. 2) now treated as a Motion for Preliminary Injunctive Relief, is ***DENIED***.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 12) dated November 17, 2005 is adopted as the opinion of the court.

                s/Arthur J. Schwab
                **Arthur J. Schwab**
                **U.S. District Court Judge**

cc:
William Witte, Esq.
Jerry Stubenhofer, Esq.
Brad Funari, Esq.
Gary Kelly, Esq.